UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVA EDWARDS AND CHRISTINE EDWARDS | Hon. Madeline Cox Arleo<br><br>Crim. No. 25-266<br><br><u>ORDER FOR A CONTINUANCE</u> |

     This matter having come before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (by Trevor A. Chenoweth, Susan Millenky, Assistant United States Attorneys), and defendant Treva Edwards, represented by Michael Thomas, Esq., for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 7, 2025, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to continue plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through his attorney, having consented to this continuance; and the United States having no opposition; and for good and sufficient cause shown,

     IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The United States anticipates disclosing extensive discovery, including multiple audio recordings, reports, electronic communications, and criminal history records, which will require extended review.

(2) Both the United States and the defendant seek additional time to consider a plea agreement, which could render any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance likely will conserve judicial resources; and;

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 8th day of May, 2025;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 7, 2025; and it is further

ORDERED that the period from the date this Order is signed through and including July 7, 2025, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

Trevor A. Chenoweth
Assistant U.S. Attorney

Michael Thomas, Esq.
Counsel for Treva Edwards

2