Rahul Agarwal
FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
NJ Bar #365832024
ragarwal@fklaw.com
*Attorneys for Defendant Treva Edwards*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNTIED STATES OF AMERICA, | : |
| | : |
| v. | : Crim. No. 25-cr-00266-MCA |
| | : |
| TREVA EDWARDS, | : |
|   a/k/a "Prophet Treva," | : |
|   a/k/a "Pastor Treva," and | : |
| CHRSTINE EDWARDS, | : |
|   a/k/a "Pastor Christine" | : |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consents to the substitution of Rahul Agarwal as counsel for Defendant Treva Edwards in the above-captioned matter.

Dated: May 30, 2025

**OFFICE OF THE FEDERAL DEFENDER**
*Withdrawing Attorney*

/s/ Michael Alexander Thomas

**FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP**
*Superseding Attorney*

/s/ Rahul Agarwal

4900-6711-2264.1